IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERESA J. TODD, individually and on )
behalf of all others similarly situated )
                                                ) No. 3-07-0788
v. )
                                                )
RETAIL CONCEPTS, INC. d/b/a Sun & )
Ski Sports )

O R D E R

On March 19, 2008, Tracy Shaw, who conducted the mediation in this case, called the Court to advise that the parties had reached a class settlement, contingent upon Court approval. Mr. Shaw advised that the parties were considering consenting to the Magistrate Judge to schedule a hearing for preliminary approval, followed by a period for notice to the class, and consideration of final approval of the class settlement.

In the event that the parties file a consent to proceed before the Magistrate Judge and the case is reassigned to the Magistrate Judge upon such consent, a tentative hearing is scheduled on **Thursday, March 27, 2008, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to consider preliminary approval of the proposed class settlement.[1]

It is so ORDERED.

                                                                                                                                                                                                                     _____
                                                                                        JULIET GRIFFIN
                                                                                        United States Magistrate Judge

---

[1] No consent form has yet been filed by the parties. The Magistrate Judge cannot conduct the scheduled proceedings until an order has entered reassigning the case.
      The Court further notes that the motion for class certification (Docket Entry No. 35) remains pending, so the Court assumes that, as part of the proposed settlement, the class will indeed be certified. Also pending before the Court is the defendant's motion to dismiss (Docket Entry No. 23), and the Court's consideration of that motion has not been stayed.